IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:16-CR-00031-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| REGINALD LEE SAUNDERS, | ) | |
| Defendant. | ) | |

This matter is before the court on defense counsel's Motion to Excuse [DE-22]. Thomas

J. Carmon, local counsel, requests that Defendant's sentencing take place on September 28,

2016, without his presence. The court concludes that defense counsel has shown good cause for

his absence. Consequently, defense counsel's Motion to Excuse [DE-22] is ALLOWED. Local

counsel is excused from Defendant's sentencing hearing.

SO ORDERED.

This, the 27 day of September, 2016.

*James C. Fox*

JAMES C. FOX
Senior United States District Judge